In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00106-CV


______________________________




BEULAH SHERMAN, Appellant



V.



WILLIAM KNAPP AND ZACHORY BOND, Appellees




 


On Appeal from the 165th Judicial District Court


Harris County, Texas


Trial Court No. 99-31947




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Chief Justice Cornelius



O P I N I O N



 Beulah Sherman, appellant, has filed a motion asking this Court to dismiss her appeal. 
Pursuant to Tex. R. App. P. 42.1, her motion is granted.

 The appeal is dismissed.




 William J. Cornelius

 Chief Justice


Date Submitted: June 5, 2002

Date Decided: June 5, 2002


Do Not Publish



mat="true" Name="heading 5"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00151-CR

                                                ______________________________

 

 

                                       BILLY R.
BELGARD, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 188th
Judicial District Court

                                                             Gregg County, Texas

                                                          Trial Court
No. 37,584-A

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            A jury
convicted Billy R. Belgard of two counts of aggravated sexual assault of a
child and assessed his punishment at life imprisonment.[1]  Belgard filed his notice of appeal August 5,
2009.

            This Court has now been informed that Belgard has died.

            The death of
an appellant during the pendency of his or her appeal deprives this Court of
jurisdiction.  Tex. R. App. P. 7.1(a)(2); Whitmire v. State, 943 S.W.2d 894 (Tex. Crim. App. 1997); Rheinlander v. State, 918 S.W.2d 527,
528 (Tex. Crim. App. 1996).

            Accordingly,
we permanently abate this appeal.

 

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          February
22, 2010       

Date Decided:             February
23, 2010

 

Do Not Publish           











[1]This
appeal is a companion appeal to cause number 06-09-00152-CR, in which Belgard
was convicted of one count of aggravated sexual assault of a child and one
count of indecency with a child and assessed a punishment of fifty-four years
and twenty years imprisonment, respectively.